IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TABLETOP MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 16-1121-RGA |
| AMI ENTERTAINMENT NETWORK, LLC, | : |
| Defendant. | : |

## ORDER

This __30__ day of October 2017, upon consideration of the Magistrate Judge's Report and Recommendation dated October 10, 2017, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 13) is **ADOPTED**.

2. Defendant AMI Entertainment Network, LLC's Motion to Dismiss (D.I. 7) is **DENIED**.

_____
United States District Judge